U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 7 2010

TONY R. M... ...RK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SAMMIE LEE REAVES

VERSUS

FRANK ZACCARIA

CIVIL ACTION NO. 10-cv-1194

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Plaintiff's **Motion for Leave to Proceed in Forma Pauperis (Doc. 2)** is **granted**.

IT IS FURTHER ORDERED that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2). The dismissal is also deemed frivolous, pursuant to 28 U.S.C. § 1915A(b), so this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___27th___ day of ___September___, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE